

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-16-00860-CR

Style:     Miguel C. Chavez v. The State of Texas

Date motion filed*:     May 31, 2017

Type of motion:     Unopposed Third Motion for Thirty (30) Day Extension of Time to File Appellate Brief

Party filing motion:     Appellant's counsel Thomas A. Martin

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     March 2, 2017

     Number of extensions granted:     2     Current Due Date:  May 31, 2017

     Date Requested:     June 30, 2017 (120 days from original due date)

Ordered that motion is:

     ☑ Granted

          If document is to be filed, document due:  June 30, 2017.

          ☑     No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     On April 17, 2017, the Clerk of this Court granted appellant's second extension, but warned counsel that no further extensions would be granted. Because appellant's counsel's request is unopposed and he states that, among other things, he has been out ill for several days and is a solo practitioner, his third extension is **granted**, but counsel is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief is not filed by **June 30, 2017**, the Court will abate this case for a late-brief hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley
          ☑ Acting individually     ☐ Acting for the Court

Date: June 6, 2017